DEFENDANT:

MISSISSIPPI DEPARTMENT OF CORRECTION
CENTURION OF MISSISSIPPI
William Brazier-M.D.
L. Sutton, M.D.,

Exhibit-"A"