IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUFUS BOUDREAUX                                    PLAINTIFF

VERSUS                                             CIVIL ACTION No. _____

MISSISSIPPI DEPARTMENT OF CORRECTION, CENTURION of Mississippi
William Brazier, L. Sutton                         DEFENDANTS

---

## FACTUAL ALLEGATION

---

Respectfully Submitted,
By _Rufus Boudreaux_
Rufus Boudreaux #207918

Exhibit-'B'

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUFUS BOUDREAUX                                                    PLAINTIFF

VERSUS                        CIVIL ACTION _____

Mississippi Department of Correction, Centurion of Mississippi
William Brazier, L. Sutton                                         DEFENDANTS

---

## FACTUAL ALLEGATION

---

COME Now, RUFUS BOUDREAUX #207918, with his Compliant of Improper Medical Care And Treatment.

Boudreaux contend that the Responsible William Brazier, M.D. And L. Sutton, Employed by Centurion of Mississippi And M.D.O.C.,

Were indifference, Boudreaux has been mistreated and his condition has worsened, because of doctor William Brazier And doctor L. Sutton malpractice has left Boudreaux confine to a wheelchair, when he was up walking well and in better health before his

1. Exhibit -'B'

incarceration under the medical care of Mississippi Department of Correction.

Boudreaux contend that Dr. Brazier and doctor L. Sutton decision to allow him to be seen by there Nurse Practitioner's to see him, diagnose him, and order him the incorrect medication that cause his stimalator to shock his heart servral times.

Boudreaux put in numerous sick calls about the medication causing his stimalator to shock his heart and it was two weeks before his sick call was answered. "Under the Eighth Amendment, condition of confinement in State Prisons must be 'humane' and 'must' not involve the wanton and unnecessary infliction of pain" Palmer vs. Johnson, 193 F.3d 346, 351-52 (5th. Cir. 1999) (quoting Rhodes vs. Chapman, 452 U.S. 337, 347, 101 S.ct. 2392, 69 L.Ed.2d 59 (1981) and Farmer vs. Brennan, 511 U.S. 825, 832, 114 S.ct. 1970, 128 L.Ed.2d 811 (1994)

Boudreaux laid in his bed with his hands, arms and legs swollen almost to burst from receiving the wrong gout medication.

Boudreaux complaint concerns a present and continousing harm cause by Dr. Brazier and doctor L. Sutton, acts of deliberate indifference from not receiving the right medication which cause Boudreaux to endure infliction of unnecessary and wanton pain. (quoting Farmer, 511 U.S. at 834, 114 S.ct. 1970)

Doctor Brazier and Doctor L. Sutton, acted with deliberate indifference, in violation of the Eighth Amendment, because they knew that by having their Nurse Practitioner to subscribe Boudreaux

2.

medication could cause substantial risks or serious bodily harm if they subscribe Boudreaux the wrong medication. And in fact they did, causing Boudreaux heart to be shocked over and over from taking the wrong medication that could have cause Boudreaux his life, but Doctor Brazier and doctor L. Sutton, disregarded those risk by failing to take reasonable measures to abate Boudreaux from enduring infliction of unnecessary and wanton pain from these medication as follows:

Simvastantin - 40mg
Soiromlastone - 50mg
Furosemide - 20mg
Fiberlax - Cab tabs
Simvastatin - 40mg
Folic Acid - 1mg
Carvedilol - 3.125mg
Aspirin - 81mg
Acataminophen - 325mg
Enalapril - 5mg
Simvatinhone Tab

3.