IN THE UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

RUFUS BOUDREAUX                                              PLAINTIFF

VERSUS                                          CIVIL ACTION No: _____

Mississippi Department of Correction, Centurion of Mississippi, William Brazier, L. Sutton                                              DEFENDANTS

---

## FACTUAL ALLEGATIONS / CAUSES OF ACTION

---

Rufus Boudreaux, (here in after known as Boudreaux), contend that Mississippi Department of Correction, Centurion of Mississippi, William Brazier, L. Sutton, together as a whole system, was inadequate.

Which was a deliberate indifference which cause Boudreaux to endured infliction of unnecessary and wanton pain. Boudreaux asserts that he should have been on a heart monitor, and unless his stimmalator starts shocking his heart, they want even check the stimmalator on his heart.

Exhibit-"C"

4.

Boudreaux complian that he has to fill out ten (10) to twenty (20) sick calls before he even gets an answer when he is chronic care.

Boudreaux assert that because of Dr. Brazier and L. Sutton allowing him to be seen by Practitioner has almost cause him his life. Boudreaut fills out sick calls to see Dr. Brazier or L. Sutton but, when he goes to sick call he is made to see Nurse Practitioner.

Boudreaux 207918, said that because he didn't have the Proper medication his stimalator begin to shock his heart on January 12, 2018 and it took them three weeks to answer his sick call.

This was not the first time that Boudreaux stimalator had shocked him.

Dr. Brazier and Dr. L. Sutton violated Boudreaux Eighth Amendments which Prohits against cruel and unusal punishment when Dr. Brazier and L. Stutton conduct demonstrates deliberate indifference to D. Brazier and Dr. L Stutton, serious medical needs, constituting an unnecessary and wanton infliction of pain, U.S.C. A. Const. Amend 8. to Boudreaux.

Boudreaux. complaint concerns a present and continuing harm cause By doctor Brazier and Dr. L. Suttons acts of deliberate indifference from Boudreaux heart problem and Gout.

Prisoners are entitled to receive "Adequate..." "Medical Care," Easter vs. Powell, 467 F. 3d 459, 463 (5th. Cir. 2006)(Quoting Farmer

5.

<u>511 U.S. At 832, 114 S.Ct.1970)</u>

These are Medications that Boudreaux:

indomethacin 25 MG CAD
Potassium CLER 20 MEQ TAB
Loratapine 10 MG TAG
Ranitidine 150 MG
Fiber-Lax CAD Tab
Ibuprofen 600MG TAB
Simvastain 40 MG
Folic Acid 1 MG Tab
Aspirin 81 MG CHW Tab
Spironono Lactone 50 MG Tab
Enalapril 5 MG Tab
Carvedilol 3.125 MG TAB
Magnesium Oxide 400 MG TAB
Metoprodol Tart 50 MG
Docusate Sod 100 MG CAD
Furosemide 40 MG Tab
Allopurionol 300 MG Tab

6,

## CONCLUSION

BOUDREAUX wants redress (money damages) from his lawsuit, for compensatory money damages as well as punitive damage from each defendant for the amount of one million dollars ($1,000,000) each. These money damages is also for pain and suffering and body harm injury. And Boudreaux want all defendants to pay all court cost generate from this suit.

Respectfully Submitted,
By: *Rufus Boudreaux*
RUFUS BOUDREAUX #

7.

## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, Postage Pre-paid, a true and correct copy of the above and fore going Pleading to:

U.S.D.C. Clerk
501 E. Court St. Suite 2.50
Jackson, MS. 39201

So Certified, this the 9th day of March, 2018

Rufus Boudreaux #207918
(720) CMCF / C-2 / C-Zone / Bed-230
P.O. Box 88550
Pearl, MS. 39288

8.

STATE OF MISSISSIPPI          AFFIDAVIT OF OATH
County Rankin

    PERSONALLY, Appeared before me the undersigned Authority in and for the afore said Juridiction, being duly sworn by me does depose and state the following...

    I, RUFUS BOUDREAUX, Do here-by state that the following is true and correct to the best of my belief and knowledge.

    I am the Plaintiff in the fore-going original Civil Action lawsuit, Pro-Se...

    I have read the foregoing Civil Action lawsuit, and all statements and other reading herein attached are true and correct to the best of my knowledge, information and belief...

    I have believe that I am entitled to the redress relief as requested in said civil action lawsuit.

    SIGNED, this the 8th day of March, 2018.

                               _Rufus Boudreaux_
                                   AFFIANT

    SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of March, 2018

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID #111216 JESSICA PEARL SELLERS Commission Expires Jan. 20, 2015 RANKIN COUNTY]

_Jessica Sellers_
NOTARY PUBLIC

9.