IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RUFUS BOUDREAUX, # 207918**                                                               **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 3:18cv153-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, CENTURION OF
MISSISSIPPI, DOCTOR WILLIAM
BRAZIER, and DOCTOR L. SUTTON**                                       **DEFENDANTS**

## ORDER REQUIRING PLAINTIFF TO RESPOND

BEFORE THE COURT is pro se Plaintiff Rufus Boudreaux's Complaint [1]. He is incarcerated with the Mississippi Department of Corrections, and he challenges the conditions of his confinement. The Court has considered and liberally construed the pleadings and is of the opinion that more information is needed in order to assess the allegations.

Accordingly, Boudreaux shall respond, in writing, as to how Centurion of Mississippi violated his constitutional rights. The response shall be filed with the Court no later than May 9, 2018.

**IT IS THEREFORE ORDERED** that pro se Plaintiff Rufus Boudreaux shall file a response consistent with this Order **no later than May 9, 2018**. Failure to timely comply with any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 25th day of April, 2018.

s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE